IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTONIO VENTURA,

        Petitioner,                  No. CIV S-09-1873 KJM P

    vs.

D.K. SISTO, et al.,

        Respondents.            <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the filing fee.

        Since petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondents will be directed to file a response to petitioner's application.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Respondents are directed to file a response to petitioner's application within sixty days from the date of this order. <u>See</u> Rule 4, Fed. R. Governing § 2254 Cases. An answer shall be accompanied by any and all transcripts or other documents relevant to the determination of the issues presented in the application. <u>See</u> Rule 5, Fed. R. Governing § 2254 Cases;

/////

1

1      2. Petitioner's reply, if any, shall be filed and served within thirty days of service
2  of an answer;
3      3. If the response to petitioner's application is a motion, petitioner's opposition
4  or statement of non-opposition shall be filed and served within thirty days of service of the
5  motion, and respondents' reply, if any, shall be filed within fifteen days thereafter; and
6      4. The Clerk of the Court shall serve a copy of this order, **the
7  consent/reassignment form contemplated by Appendix A(k) to the Local Rules of this
8  court**, and a copy of petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C.
9  § 2254 on Michael Patrick Farrell, Senior Assistant Attorney General.
10 DATED: January 12, 2010.

_____
U.S. MAGISTRATE JUDGE

/mp
vent1873.100(7.9.09)

2